IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN FRANCIS,<br>　　#2253451, | )<br>)<br>) | |
| 　　Plaintiff, | )<br>) | |
| | ) | CIVIL ACTION NO. |
| VS. | )<br>) | 3:25-CV-0079-G-BW |
| JOHN DOE, | )<br>) | |
| 　　Defendant. | ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and by

separate judgment, the court will **DISMISS** the complaint, received on January 10, 2025 (docket entry 3), without prejudice for improper venue.

    **SO ORDERED**.

April 25, 2025.

                                                  */s/ A. Joe Fish*
                                                  **A. JOE FISH**
                                                  **Senior United States District Judge**